## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dione Sease,                                    :
               Petitioner      :
                                  :
        v.                               :            No. 1200 C.D. 2017
                                    :
Unemployment Compensation      :
Board of Review,                      :
             Respondent   :

## **O R D E R**

NOW, May 3, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge